STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT DESIGNATED FOR PUBLICATION

Charles B. W. Palmer
Attorney at Law
104 N. Laurel St.
Amite LA 70422

REHEARING ACTION: May 5, 2010

Docket Number: 09   00896-CA consolidated with 895-CA

CHARLES B. W. PALMER, ET AL.
VERSUS
HON. ELIZABETH P. WOLFE

Appealed from OTHER Parish Case No. 19236

BEFORE JUDGES:

Hon. Sylvia R. Cooks
Hon. Marc T. Amy
Hon. Elizabeth A. Pickett

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Charles B. W. Palmer, Rina M. Palmer, and Charles B. W.**

**Palmer, III** has this day been

DENIED.

cc: David G. Sanders, Counsel for the Appellee
    Patricia Hill Wilton, Counsel for the Appellee
    Bridget B. Denicola, Counsel for the Appellee